UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                               Case No. 06-CR-341

CONNIE KINSMAN,

        Defendant.

_____

### FINAL ORDER OF FORFEITURE AND JUDGMENT
### FOR FORFEITURE OF $190,000 CASHIER'S CHECK
### IN LIEU OF REAL PROPERTY
### LOCATED AT 6975 LAKESHORE DRIVE, GULF SHORES, ALABAMA

_____

The Court, having considered the motion of the United States of America, together with the affidavit of Assistant United States Attorney Scott J. Campbell, and being satisfied that the terms and provisions of Title 31 U.S.C. § 5317(c), and Title 21 U.S.C. § 853 have been satisfied,

IT IS ORDERED, pursuant to Title 31 U.S.C. § 5317(c) and Title 21, U.S.C. § 853, that the United States of America has clear title to the following property, which property was paid on behalf of defendant Connie Kinsman to the United States in lieu of forfeiture of the real property located at 6975 Lakeshore Drive, Gulf Shores, Alabama:

- • A cashier's check dated June 16, 2010, in the amount of $190,000, made payable to the United States Treasury Department.

IT IS FURTHER ORDERED, pursuant to Title 31 U.S.C. § 5317(c) and Title 21, U.S.C. § 853, that the United States of America may dispose of the above-referenced funds according to law.

IT IS FURTHER ORDERED that, pursuant to the agreement of the parties, the above-referenced funds in the amount of $190,000, shall be first used to fully satisfy defendant Kinsman's remaining restitution obligation.  Accordingly, it is hereby ordered that the Internal Revenue Service shall forward funds in the amount of approximately $102,584, made payable to the Clerk of Court for the Eastern District of Wisconsin, to be applied towards satisfying the remaining restitution balance of defendant Connie Kinsman and coconspirator Keith Hughes.

IT IS FURTHER ORDERED that the funds remaining after that remaining restitution balance has been satisfied, namely the funds in the amount of approximately $87,416, shall be deposited by the Internal Revenue Service into the Treasury Forfeiture Fund.

IT IS FURTHER ORDERED that the government's forfeiture allegation as to the real property located at 6975 Lakeshore Drive, Gulf Shores, Alabama be, and hereby is, dismissed.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2010.


*s/ Rudolph T. Randa*
HONORABLE RUDOLPH T. RANDA
United States District Judge